IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGIE MCRAE,<br><br>     Plaintiff,<br><br>     v<br><br>SOCIAL SECURITY ADMINISTRATION, et al,<br><br>     Defendant.<br>_____/ | # C 06-1999 VRW<br><br>ORDER |

On March 5, 2007, the court issued an order on defendants' motion for dismissal under FRCP 12(b)(6) and 12(b)(1). dismissed plaintiff Margie McRae's complaint. Doc #20. The order dismissed some of plaintiffs' claims with prejudice, but granted her leave to amend certain of her claims within twenty (20) days. Id. The order stated "Plaintiff must re-file no later than twenty days" from the date of entry of the order—i e, by March 25, 2007. On April 2, 2007, the court granted a motion to strike plaintiff's petition for a declaratory judgment. Doc # 21. On July 27, 2007, the court related this case to C 07-1538. Doc # 22. Nothing further of substance occurred either before or after the February 15, 2008 reassignment of this matter to the undersigned. Doc #29. At no time did plaintiff amend her complaint.

There appearing no good cause for this matter to remain pending before the court, this case is DISMISSED. The clerk is directed to close the file and terminate all pending motions.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge